IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Traci W., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 C 50431 |
| | ) | |
| v. | ) | Hon. Philip G. Reinhard |
| | ) | |
| Kilolo Kijakazi, | ) | Magistrate Judge Lisa A. Jensen |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

      This matter comes before the court on the December 6, 2022 Report and Recommendation ("R&R") [21] of Magistrate Judge Jensen recommending that plaintiff's motion for summary judgment be denied, the Commissioner's motion be granted, and the Commissioner's decision be affirmed. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, any objections were required to be filed by December 20, 2022. No objections have been received by this court. The court has reviewed the record in this case and finds that the R&R is not clearly erroneous. Accordingly, the court adopts in its entirety Magistrate Judge Jensen's R&R and denies plaintiff's motion for summary judgment and grants the Commissioner's motion. The Clerk is directed to enter final judgment.

Date: 2/13/2023                                                             ENTER:

                                                                                       _/s/ Philip G. Reinhard_
                                                                                United States District Court Judge

                                                                                                                              Electronic Notices.